**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** <br> *Plaintiff,* <br> *v.* <br> **COMERICA BANK**, <br> *Defendant*. | Civil Action No. 3:24-cv-03054-B |

**UNOPPOSED MOTION TO EXTEND AND ENLARGE**
**MOTION TO DISMISS BRIEFING**

MATTHEW P. PREVIN
(admitted *pro hac vice*)
matthewprevin@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 318-6049

JONICE M. GRAY
(admitted *pro hac vice*)
jonicegray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1781

PAUL R. GENENDER
(Texas Bar No. 00790758)
paulgenender@paulhastings.com
PAUL HASTINGS LLP
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (972) 936-7500

*Counsel for Defendant Comerica Bank*

COMES NOW, Defendant Comerica Bank ("**Defendant**") and hereby submits this its Unopposed Motion to Extend and Enlarge Motion to Dismiss Briefing. Defendant's deadline to file a motion to dismiss is currently February 4, 2025. As this case raises complex regulatory, statutory, and constitutional issues, additional time is needed to prepare filings. As such, Defendant requests the following briefing schedule: (1) the deadline for Defendant to file a motion to dismiss shall be extended to February 21, 2025; (2) the deadline for Plaintiff to file any opposition to a motion to dismiss shall be extended to March 28, 2025; and (3) the deadline for Defendant to file any reply in support of a motion to dismiss shall be extended to April 25, 2025. Additionally, this extension would align analogous briefing deadlines, to the extent possible, in related case No. 3:24-cv-02828-B, styled *Comerica Bank v. Consumer Financial Protection Bureau*, pending in this Court. In addition, Defendant requests to enlarge the page limits for the parties' responsive briefing as follows: (1) the page limit for Defendant to file its motion to dismiss is enlarged to thirty-five (35) pages; (2) the page limit for Plaintiff to file any opposition to a motion to dismiss is enlarged to thirty-five (35) pages; and (3) the page limit for Defendant to file any reply in support of a motion to dismiss is enlarged to fifteen (15) pages. A proposed order in searchable and editable PDF format is attached hereto in accordance with Local Rule CV-7.1(c).

DATED this 30th day of January, 2025.

Respectfully submitted,

MATTHEW P. PREVIN
(admitted *pro hac vice*)
matthewprevin@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 318-6049

JONICE M. GRAY
(admitted *pro hac vice*)
jonicegray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1781

***/s/ Paul R. Genender***
PAUL R. GENENDER
(Texas Bar No. 00790758)
paulgenender@paulhastings.com
PAUL HASTINGS LLP
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (972) 936-7500

*Counsel for Defendant Comerica Bank*

**CERTIFICATE OF CONFERENCE**

I hereby certify to the Court that I conferred with counsel for Plaintiff Consumer Financial Protection Bureau, J. Khalid Hargrove, in detail regarding the relief sought in this Motion on January 30, 2025, and Mr. Hargrove advised on January 30, 2025, that Plaintiff does not oppose the relief sought in the Motion provided that Plaintiff shall have the extension and page enlargement set forth in this Motion. Therefore, the Motion is unopposed.

Certified to on January 30, 2025 by:

***/s/ Matthew P. Previn***
Matthew P. Previn

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, and was electronically served on all known counsel of record on this the 30th day of January 2025.

***/s/ Paul R. Genender***
Paul R. Genender