IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiff,<br><br>    *v.*<br><br>COMERICA BANK,<br><br>      Defendant. | Case No. 3:24-cv-3054-B<br><br>Judge Jane J. Boyle |

## DEFENDANT COMERICA BANK'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and Local Rules 7.1 and 7.2, Defendant Comerica Bank ("Comerica" or the "Bank") hereby respectfully moves the Court to dismiss the Consumer Financial Protection Bureau's ("CFPB") Complaint in its entirety. The foregoing motion (the "Motion") is supported by a Memorandum of Law in Support filed concurrently herewith.

The Declaration of Jennifer Gehr in Support of Comerica Bank's Motion to Dismiss is attached hereto as Exhibit A and is fully incorporated herein by reference.

DATED this 21st day of February, 2025.   Respectfully submitted,

| | |
|---|---|
| MATTHEW P. PREVIN<br>(admitted *pro hac vice*)<br>  matthewprevin@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (202) 318-6049 | JONICE M. GRAY<br>(admitted *pro hac vice*)<br>  jonicegray@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 551-1781 |

   */s/ Paul R. Genender*
PAUL R. GENENDER
(Texas Bar No. 00790758)
   paulgenender@paulhastings.com
PAUL HASTINGS LLP
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (972) 936-7500

*Counsel for Defendant Comerica Bank*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, and was electronically served on all known counsel of record on this the 21st day of February 2025.

   */s/ Paul R. Genender*
Paul R. Genender

2