UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>          Plaintiff,<br><br>     v.<br><br>**COMERICA BANK,**<br><br>          Defendant. | Civil Action No. 3:24-cv-03054-B |

## MOTION TO STAY

Plaintiff Consumer Financial Protection Bureau moves to stay the pending litigation for ninety (90) days. In support of the motion, the Bureau states:

1. On January 31, 2025, President Trump designated Secretary of the Treasury Scott Bessent as Acting Director of the Consumer Financial Protection Bureau (CFPB). To promote consistency with the goals of the new Administration, on February 3, 2025, Acting Director Bessent directed Bureau counsel not to make any filings or appearances in litigation except to seek a pause in proceedings.

2. On February 7, 2025, President Trump designated Russell Vought, Director of the Office of Management and Budget, as Acting Director of the CFPB, replacing Secretary Bessent. On February 8, 2025, Acting Director Vought reiterated Secretary Bessent's instruction to all CFPB staff not to make or approve filings or appearances by the Bureau in any litigation, other than to seek a pause in proceedings.

3. Acting Director Vought along with other CFPB management are reviewing existing CFPB actions to ensure consistency with the goals of the new Administration.

4. There is good cause to stay this case to allow new agency leadership time to review the matter and determine, as most relevant here, the CFPB's position towards the pending motion to dismiss the complaint. An extension will promote judicial economy while conserving the parties' resources by ensuring the CFPB's response reflects the Acting Director's considered views.

The CFPB respectfully requests that the Court grant its motion to stay and extend the deadlines for briefing the CFPB's opposition to the Defendant's February 21, 2025 motion to dismiss the complaint to June 18, 2025 and the Defendant's reply brief in further support of its motion to dismiss the complaint to July 24, 2025.

Dated: March 3, 2025

Respectfully submitted,

MARK PAOLETTA
Chief Legal Officer

DANIEL SHAPIRO
Deputy Chief Legal Officer

CARA PETERSEN
Principal Deputy Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Deputy Enforcement Director

 /s/ J. Khalid Hargrove

J. KHALID HARGROVE
Email: jimmy.hargrove@cfpb.gov
Phone: 202-595-4944
ALEX J. GRANT
Email: alex.grant@cfpb.gov
Phone: (212) 328-7040

Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552

**ATTORNEYS FOR THE CONSUMER FINANCIAL PROTECTION BUREAU**

## CERTIFICATE OF CONFERENCE

I hereby certify to the Court that I conferred with counsel for Defendant Comerica Bank, Jonice Gray, regarding the relief sought in this Motion on February 28, 2025, and Ms. Gray advised on February 28, 2025 that Defendant opposes the relief sought in the Motion and, instead, asks the Bureau to dismiss its case without prejudice.

Certified to on March 3, 2025 by:

*/s/ J. Khalid Hargrove*
J. Khalid Hargrove

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system and was electronically served on all know counsel of record on this 3rd day of March 2025.

*/s/ J. Khalid Hargrove*
J. Khalid Hargrove