**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>*v.*<br><br>COMERICA BANK,<br><br>Defendant. | Case No. 3:24-cv-3054-B<br><br>Judge Jane J. Boyle |

**DEFENDANT COMERICA BANK'S**
**<u>MOTION TO DISMISS AMENDED COMPLAINT</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and Local Rules 7.1 and 7.2, Defendant Comerica Bank ("Comerica" or the "Bank") hereby respectfully moves the Court to dismiss the Consumer Financial Protection Bureau's ("CFPB") Amended Complaint in its entirety. The foregoing motion (the "Motion") is supported by a Memorandum of Law in Support filed concurrently herewith.

The Declaration of Jennifer Gehr in Support of Comerica Bank's Motion to Dismiss Amended Complaint is attached hereto as Exhibit A and is fully incorporated herein by reference.

DATED this 17th day of March, 2025.

Respectfully submitted,

MATTHEW P. PREVIN
(admitted *pro hac vice*)
matthewprevin@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (202) 318-6049

JONICE M. GRAY
(admitted *pro hac vice*)
jonicegray@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1781

***/s/ Paul R. Genender***
PAUL R. GENENDER
(Texas Bar No. 00790758)
paulgenender@paulhastings.com
PAUL HASTINGS LLP
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201

Telephone: (972) 936-7500

*Counsel for Defendant Comerica Bank*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, and was electronically served on all known counsel of record on this the 17th day of March 2025.

***/s/ Paul R. Genender***
Paul R. Genender