UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-3054-B |
| | § | |
| COMERICA BANK, | § | |
| | § | |
| Defendant. | § | |

**ORDER TO SHOW CAUSE**

Defendant Comerica Bank ("Comerica") filed a Motion to Dismiss on March 17, 2025. Doc. 37, Mot. Plaintiff Consumer Financial Protection Bureau ("CFPB") was served with a copy of this Motion via CM/ECF on the date it was filed. *Id.* at 2. The CFPB's response was due April 7, 2025. *See* N.D. TEX. CIV. R. 7.1(e) (providing 21 days to respond to an opposed motion). The Court denied the CFPB's Motion for an Extension of Time to file a Response on April 8, 2025. Doc. 40, Order. After reviewing the papers and pleadings on file, the Court notes that the CFPB has not filed a response to Comerica's Motion.

Therefore, the Court **ORDERS** the following: By **Friday, April 18, 2025**, the CFPB must **SHOW CAUSE**, in writing, why it failed to file a response. If the CFPB intends to file a response to Comerica's Motion, the CFPB must request leave to do so. *See generally* FED. R. CIV. P. 6(b). Failure to comply with this Order may result in the Court dismissing the case for want of prosecution. FED. R. CIV. P. 41(b) (authorizing a court to dismiss a case if the plaintiff "fails to prosecute or to comply with . . . a court order"); *see also Doe v. Univ. of Tex. at Austin*, No. 1:19-CV-103-RP, 2019 WL 2515309, at *2 (W.D. Tex. June 17, 2019) (dismissing a case for want of

prosecution because the plaintiff failed to respond to the defendant's motion to dismiss and to the court's order to show cause).

**SO ORDERED.**

**SIGNED: April 10, 2025.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE