# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**COMERICA BANK,**<br><br>　　　　Defendant. | Civil Action No. 3:24-cv-03054-B |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses this action without prejudice against Defendant, Comerica Bank.

Dated: April 11, 2025

Respectfully submitted,

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CARA PETERSEN
Acting Enforcement Director

RICHA SHYAM DASGUPTA
Deputy Enforcement Director

TIMOTHY M. BELSAN
Assistant Deputy Enforcement Director

*/s/ Jack Douglas Wilson*

JACK DOUGLAS WILSON*
Email: doug.wilson@cfpb.gov
Phone: (202) 309-8084
J. KHALID HARGROVE*
Email: jimmy.hargrove@cfpb.gov
Phone: 202-595-4944
ALEX J. GRANT*
Email: alex.grant@cfpb.gov
Phone: (212) 328-7040
JONATHAN HATCH*
Email: jonathan.hatch@cfpb.gov
Phone: (202) 341-3316

Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552

**ATTORNEYS FOR THE CONSUMER FINANCIAL PROTECTION BUREAU**

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system and was electronically served on all know counsel of record on this 11th day of April 2025.

                                                  */s/ Jack Douglas Wilson*
                                                  **Jack Douglas Wilson**